OTIS TERWILLIGER, as Administrator of the Estate of ALIDA TERWILLIGER, Deceased, Respondent, v. FRANK V. TERWILLIGER, Appellant.— Appeal from two orders of the Supreme Court, Special Term for Albany County which denied defendant's motion, made under subdivision 9 of rule 107 [now rule 107, subd. 8], of the Rules of Civil Practice, to dismiss the complaint herein. The second order appealed from is a resettlement of the first and takes the place thereof. The complaint is laid in negligence arising out of an automobile accident. Defendant is a son of the decedent and was driving the automobile in which she was a passenger at the time of the accident in which she received the injuries which later caused her death. He was then sixteen years of age. Plaintiff claims that defendant was emancipated prior to the accident, and some proof of emancipation was presented by way of affidavits. The Special Term held that the issue should be determined by a jury as an issue of fact. Order affirmed, with $10 costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WURZLER, Appellant.— Appeal from an order of the County Court of Broome County which denied defendant's motion in the nature of a *coram nobis* to set aside a judgment of conviction for grand larceny, first degree, entered upon a plea of guilty. Defendant was sentenced as a second offender by reason of a previous conviction for the crime of robbery, second degree. Defendant contends on this appeal, that the testimony presented to the Grand Jury which indicted him "was known by the District Attorney to be perjured". There is nothing to support this charge except the bare allegation of defendant. This is not sufficient to raise a triable issue of fact long after sentence had been pronounced. Defendant appealed to the court before, alleging that the evidence before the Grand Jury was insufficient (278 App. Div. 608). Order affirmed. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.

■

STANLEY NAGEL, Respondent, v. TOWN OF CANDOR, TIOGA COUNTY, Appellant. — Defendant appeals from a judgment of the Supreme Court, Tioga County, in favor of plaintiff for personal injuries sustained when the right wheels of an automobile which plaintiff was driving went off the edge of a bridge on a town highway, causing the automobile to fall to a creek bed. While the testimony is conflicting, the record contains evidence from which a jury could find that, contrary to the usual and customary practice on town road bridges, there was no guardrail, reflectors, or other marking on the westerly side of the bridge, and that this condition had continued for a substantial period of time prior to the accident, and was the proximate cause of the accident. The question of plaintiff's contributory negligence was properly left to the jury as a question of fact. Judgment affirmed, with costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.